**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Dkt. 3:02CR97-001/RV |
| | ) | |
| **RICHARD D. MERCADO** | ) | |

### ORDER OF MODIFICATION OF CONDITIONAL RELEASE SUPERVISION

The defendant, Richard D. Mercado, appeared before this Court on this date for violating the conditions of his conditional release supervision as outlined in a March 8, 2006 violation petition submitted by supervising U.S. Probation Officer Michael R. Feldman. The government was represented by Assistant U.S. Attorney Stephen Preisser, and the defendant was represented by Nicole Kessler Ferry, privately retained counsel. The conditional releasee admitted violating the terms of conditional release, and was found to be in violation. The Court orders the defendant to be continued on conditional release supervision for an indeterminate term as was previously ordered on April 2, 2003 under the provisions of 18 U.S.C. § 4243(f). The Court orders his release from custody of the U.S. Marshals Service (detained since March 10, 2006) and orders the following additional release conditions:

1. The Court adopts the recommended treatment plans outlined in a May 25, 2006 psychological evaluation completed by James D. Larson, a licensed psychologist. Briefly, Dr. Larson's treatment plan will require the defendant be released from custody with a prescription for a months supply of psychiatric medication, or absent that, he immediately seek emergency psychiatric treatment with his Veteran's Administration psychiatrist; that he be allowed two to three weeks to reside with his estranged spouse, Brenda Mercado at the Milton, Florida residence; that after two to three weeks, the defendant's approved residence will be with his mother, Doris Mercado, at her home located at 3918 West 20th Court, Panama City, Florida 32405; and that the defendant continue attending mental health counseling recommended at one counseling

**RICHARD D. MERCADO**
**PAGE 2**

    session per week the first two months, and at least monthly counseling sessions thereafter.

2. It is also ordered that the defendant can reside with his spouse, Brenda Mercado, for longer than two to three weeks if she so agrees, particularly if the dissolution of marriage is not pursued. At such point that the defendant resides with his mother, Doris Mercado, she has agreed and will assist in monitoring the defendant's mental status and compliance with conditions of release.

3. Beginning June 1, 2006, the conditional releasee will report in person to the U.S. Probation Office each Monday through Friday as directed by his supervising U.S. Probation Officer during office hours with prescribed psychiatric medication so that he can be observed taking said medication. The conditional releasee will not report on such days as when the U.S. Probation Office is closed for holidays, or other reason. This requirement will only be applicable as to orally administered medications, the defendant will be expected to take prescribed psychiatric medications exactly as prescribed. The defendant will report to the U.S. Probation Office each Monday through Friday until such time as the supervising U.S. Probation Officer determines through the defendant's compliance there is not a continued need to report to the probation office for the purpose of being observed taking prescribed psychiatric medications.

DONE AND ORDERED in Open Court at Pensacola, Florida, this <u>31st</u> day of <u>May</u>, 2006.

                                                      /s/ *Roger Vinson*
                                                      Roger Vinson
                                                      Senior U.S. District Judge

                                                      Date Signed: 6/1/2006