**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

    v.                                                 Case No. 3:02-cr-97/RV

RICHARD D. MERCADO

_____/

## ORDER

On this day, the defendant, Richard D. Mercado, appeared for a hearing before this Court on charges of violating his conditional release as outlined in the September 5, 2007, petition submitted by his supervising probation officer, Senior U.S. Probation Officer Jeffrey G. Law. The government was represented by Assistant U.S. Attorney Stephen Preisser, and the defendant Mercado was represented by Federal Public Defender Thomas Keith. The defendant had previously been found not guilty only by reason of insanity on January 30, 2003, and sentenced to an indefinite term of conditional release.

At the hearing, Law testified that the defendant, who has been diagnosed with schizophrenia paranoid type, has failed to take his medications as prescribed.[1] The record is clear, and it appears to be undisputed: that the defendant has a long history of deliberately discontinuing his medication; that when he is unmedicated he becomes irrational; that while off his medication, he presents a substantial risk of causing bodily injury to himself or another person, as well as serious damage to the property of another. The defendant testified at the violation hearing. He made

---

[1] This is not the first time that Mercdado has appeared before me and been charged with violating his conditional release by refusing to take his medication. On May 31, 2006, following a hearing, I found that he had violated the terms of his conditional release. See doc. 56.

no real attempt to dispute or challenge the charge, except to argue that he believes he may be one of those rare individuals who can, over time, be cured of paranoid schizophrenia and no longer require medication.

After considering the testimony of Law and Mercado, as well as the entire record regarding the defendant's condition, I conclude that the defendant has violated the terms of his conditional release, and that he currently poses a substantial risk of bodily injury to another person or serious damage to the property of another. The defendant is suffering from schizophrenia, paranoid type, which requires medication and careful monitoring for the rest of his life. Furthermore, I find that the defendant's condition has been, and is, deteriorating. His failure to comply with the prescribed regimen of care has created a substantial risk of injury or damage to others. Community safety requires that his conditional release be terminated. Accordingly, pursuant to Title 18, United States Code, Section 4243(g), the defendant's conditional release is hereby revoked. The defendant is remanded to a suitable facility within the Bureau of Prisons for treatment of his mental health problems --- preferably FCI Butner. I request that the treating facility re-establish a medication regimen for the defendant and, if he is determined to be subject to release or discharge pursuant to sections 4243(e) or 4243(f), to promptly advise this court.

DONE AND ORDERED this <u>26th</u>  day of September, 2007.


/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**