IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    v.                                                               Case No. 3:02-cr-97/RV

RICHARD D. MERCADO

_____/

## ORDER

The defendant, Richard D. Mercado, appeared before this Court on March 17, 2009, for a hearing on request for conditional release. The government was represented by Assistant U.S. Attorney Edwin Knight, and the defendant was represented by Assistant Federal Public Defender Thomas Keith.

Having heard the testimony of United States Probation Officer Michael R. Feldman, and having received and reviewed the Risk Assessment Report from the mental health staff at Federal Medical Center in Rochester, Minnesota, the Court orders the defendant's release from the custody of the U.S. Marshals Service and, in addition to the standard release conditions for supervision in this district, orders the following additional release conditions:

(1) Mr. Mercado reside at 3918 W. 20th Court, Panama City, FL 32405, with his mother, Doris Mercado. He is not to make any change in his residence without the advance approval of the mental health providers and the supervising U.S. Probation Officer.

(2) Mr. Mercado is to appear for his initial appointment at the Panama City Veterans Medical Center, Panama City, FL. Mr. Mercado is to provide his psychiatrist with a doctor's visit form to be signed with information regarding his appointment and when his next appointment is scheduled. Mr. Mercado is to take the doctor's visit form to his U.S. Probation Officer within 24 hours of the psychiatrist visit.

(3) He continue to take injectable psychotropic medical as prescribed by the clinicians at the inpatient or the outpatient mental health facility. His treating physician shall not discontinue or change the administration of any anti-psychotic medication without notifying the U.S. Probation Officer and the officer agrees to the changes.

(4) He agree to undergo serum blood level screening, if ordered by the treating physician, to ensure a therapeutic level of medication is maintained.

(5) While on outpatient status, should it at any time be deemed necessary by treating clinicians, he may be returned to inpatient status at a facility designated by the Florida Department of MH/MR.

(6) Mr. Mercado shall be restricted from travel outside of the local area, except with prior approval from the probation officer.

(7) Mr. Mercado shall immediately report to U.S. Probation Officer Jeffrey Law in Panama City, FL. He be supervised by the United States Probation Office for an unspecified term of supervision to ensure compliance with the standard conditions of release. Mr. Mercado will comply with the standard conditions of the U.S. Probation Office.

(8) Mr. Mercado is to submit to urine analysis and other drug testing for the detection of use of controlled substances and undergo regular urine and serum blood level screening as ordered by the U.S. Probation Officer.

(9) Mr. Mercado is to abstain from all use of alcohol and other drugs not prescribed by his treating physician.

(10) Mr. Mercado is to report any contact with any law enforcement officer to the probation office within 24 hours of the contact.

(11) The medical provider may at any time recommend modification or elimination of the regimen of medical, psychiatric or psychological care or treatment, upon certification to this court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another. Any party requesting modification or termination of the conditions of release shall submit adequate documentation supporting the request through the Supervising U.S. Probation Officer to the Criminal Division of the U.S. Attorney's Office for the Western District of Virginia for a determination as to whether a motion for release should be filed.

DONE AND ORDERED this <u>7th</u> day of April, 2009.


/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**