# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:02-cr-97/RV

RICHARD D. MERCADO
_____/

## ORDER

The defendant appeared before the court on November 10, 2010, for a hearing on his motion to modify and/or delete conditions of conditional discharge (doc. 77). The government was represented by Assistant U.S. Attorney Stephen Preisser, and the defendant was represented by Assistant Federal Public Defender Thomas Keith.

After having heard the arguments of counsel, reviewed of the motion and other pertinent materials on file, and otherwise being acquainted with the history and background of this case, it is hereby ORDERED that my prior order of April 7, 2009 (doc. 76) is modified to the extent noted below.

Paragraph (1) shall MODIFIED to read as follows:

(1) Mr. Mercado resides at 3907 W. 20th Court, Panama City, FL 32405, across the street from his mother, Doris Mercado. He is not to make any change in his residence without the advance approval of the mental health providers and the supervising U.S. Probation Officer.

Paragraph (7) will be DELETED in its entirety.

Paragraph (11) will be CORRECTED to read as follows:

(11) The medical provider may at any time recommend modification or elimination of the regimen of medical, psychiatric or psychological care or treatment, upon certification to this court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another. Any party requesting modification or termination of the conditions of release shall submit adequate documentation supporting the request through the Supervising U.S. Probation Officer to the Criminal Division of the U.S.

Attorney's Office for the <u>Northern District of Florida</u> for a determination as to whether a motion for release should be filed.

In all other respects the Order dated April 7, 2009 (doc. 76) will remain in full force and effect.

DONE AND ORDERED this <u>10th</u> day of November, 2010.

　　　　　　　　　　　/s/ *Roger Vinson*
　　　　　　　　　　**ROGER VINSON**
　　　　　　　　　　**Senior United States District Judge**